# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **JAMES BUSSEY, on behalf of himself and others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **ENHANCE HEALTH LLC** <br><br> *Defendant* | Civil Action No. 1:25-cv-04078-MLB |

## AFFIDAVIT OF SERVICE

I, J Lee Vause Jr, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to Enhance Health LLC in Leon County, FL on July 25, 2025 at 11:53 am at 1201 Hays Street, Tallahassee, FL 32301 by leaving the following documents with Alice Maddox who as Customer Service Representative at Corporation Service Company is authorized by appointment or by law to receive service of process for Enhance Health LLC.

COMPLAINT - CLASS ACTION and SUMMONS

Black or African American Female, est. age 25-34, glasses: N, Black hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=30.4426045,-84.262664
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>   Leon County   </u>, <u>   FL   </u> on <u>   7/25/2025   </u>. | /s/ *J Lee Vause Jr* <br> ——————————————— <br> Signature <br> J Lee Vause Jr <br> +1 (850) 510-2797 |



Exhibit 1a)