IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **James Bussey,** *on behalf of himself and others similarly situated,*<br>    Plaintiff,<br><br>v.<br><br>**Enhance Health LLC,**<br><br>    Defendant. | CASE NO.: 1:25-cv-04078-MLB |

## ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Having considered the Consent Motion to Extend Time to Respond to Complaint and for good cause shown, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED**, that Defendant Enhance Health, LLC, will have until September 15, 2025, to respond to the Complaint.

**SO ORDERED** this 12th day of August, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE