# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JAMES BUSSEY, on behalf of himself and others similarly situated, | : <br> : CIVIL ACTION FILE NO. 25-cv-4078 <br> : |
| Plaintiff, | : |
| v. | : |
| ENHANCE HEALTH LLC | : |
| Defendants. | : |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice as to all claims and all parties.

DATED this 19th day of August, 2025.

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018

1

2

anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*

2